1  LAQUER, URBAN, CLIFFORD & HODGE LLP
2  J. Paul Moorhead, Esq., State Bar #240029
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958
   Email: Moorhead@Luch.com
5

6  Counsel for Plaintiffs, Trustees of the Southern
   California Pipe Trades Health and Welfare Trust Fund, et al.
7

JS-6

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>              Plaintiffs, <br><br>       vs. <br><br> COASTAL AIR, INC., a California corporation doing business as "Coastal Heating & Air" and "Coastal Heating & Air Conditioning"; DEBORAH L. MENDES, an individual; and JUDY L. BAILEY, an individual <br><br>              Defendants, | CASE NO.: CV 08-02764 GAF (RCx) <br><br> ASSIGNED TO THE HONORABLE GARY A. FEESS <br><br> **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

1

146766.1                                                                 Order

1   Pursuant to the "Stipulation for Dismissal Without Prejudice" filed by the parties, and
2   good cause appearing therefore:
3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
4   This action is dismissed without prejudice.  However, this Court retains jurisdiction to
5   enforce the terms of the parties' Settlement Agreement.

7   DATED: July 2, 2008                    _____
                                            UNITED STATES DISTRICT COURT JUDGE

2

Order

146766.1